1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH, LLP
2  201 Mission Street, Suite 2700
   San Francisco, California  94105
3  Telephone:    (415) 348-6000
   Facsimile:    (415) 348-6001
4  Email:        jkirsch@gibsonrobb.com

5  Attorneys for Plaintiff
   VALLEY ORCHIDS, INC.

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

OAKLAND

| | |
|---|---|
| VALLEY ORCHIDS, INC., a corporation; | Case No. 3:10-cv-03287-SBA |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| LEADER MUTUAL FREIGHT SYSTEM (SAN FRANCISCO), a corporation; LEADER MUTUAL FREIGHT SYSTEM, INC., a corporation; EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION, a corporation; EVERGREEN INTERNATIONAL CORP., a corporation; EVERGREEN INTERNATIONAL INC., a corporation; EVERGREEN LINE, an entity of unknown form; BENZ TRANSPORTATION INC., a corporation; and DOES ONE through FIFTEEN, | [FRCP 41(a)(2)] |
| Defendants. | |

Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties hereby stipulate and request the following:

Pursuant to settlement, this action is hereby dismissed with prejudice, provided however that if, within 120 days of the entry of this order, plaintiff files notice, supported by declaration, that the consideration in the settlement agreement has not been paid by BENZ

1   TRANSPORTATION INC., the dismissal as to BENZ TRANSPORTATION INC. only shall be

2   vacated and the action shall be restored to the active docket.

3

4   Dated: March 13, 2012                GIBSON ROBB & LINDH LLP

5
                                         /s/ JOSHUA E. KIRSCH
6                                        Joshua E. Kirsch
                                         Attorney for Plaintiff
7                                        VALLEY ORCHIDS, INC.

8   Dated: March 13, 2012                LAW OFFICES OF GARY A. ANGEL

9                                        /s/ GARY A. ANGEL
                                         Gary A. Angel , Esq.
10                                       Attorney for Third Party Defendant
                                         PORTS AMERICA, INC.
11

12  Dated: March 13, 2012                COGSWELL NAKAZAWA & CHANG, LLP

13                                       /s/ ALAN NAKAZAWA
                                         Alan Nakazawa, Esq.
14                                       Attorney for Defendants, Cross-Claimants and
                                         Third Party Plaintiffs
15                                       EVERGREEN SHIPPING AGENCY (AMERICA)
                                         CORPORATION, EVERGREEN
16                                       INTERNATIONAL CORP. AND EVERGREEN
                                         MARINE (UK) LIMITED, SUED HEREIN AND
17                                       DOING BUSINESS AS "EVERGREEN LINE"

18  Dated: March 13, 2012                LAW OFFICES OF JOHN M. DALEY

19                                       /s/ JOHN M. DALEY
                                         John M. Daley, Esq.
20                                       Attorney for Defendant and Cross-Defendant
                                         BENZ TRANSPORTATION INC.
21

22      Joshua E. Kirsch attests that concurrence in the filing of this document has been obtained

23  from each of the other signatories identified herein.

24

25      IT IS SO ORDERED.              Dated: _3/14/12

26
                                         _Saundra B Armstrong_____
27                                       UNITED STATES DISTRICT JUDGE

28