1  JOSHUA E. KIRSCH (179110)
   GIBSON ROBB & LINDH, LLP
2  201 Mission Street, Suite 2700
   San Francisco, California 94105
3  Telephone:    (415) 348-6000
   Facsimile:    (415) 348-6001
4  Email:        jkirsch@gibsonrobb.com

5  Attorneys for Plaintiff
   VALLEY ORCHIDS, INC.
6
7
8              UNITED STATES DISTRICT COURT
9              NORTHERN DISTRICT OF CALIFORNIA
10                        OAKLAND
11
12

| | |
|---|---|
| VALLEY ORCHIDS, INC., a corporation; | Case No. 3:10-cv-03287-SBA |
| Plaintiff, | |
| v. | **STIPULATION OF DISMISSAL AND ORDER THEREON** |
| LEADER MUTUAL FREIGHT SYSTEM (SAN FRANCISCO), a corporation; LEADER MUTUAL FREIGHT SYSTEM, INC., a corporation; EVERGREEN SHIPPING AGENCY (AMERICA) CORPORATION, a corporation; EVERGREEN INTERNATIONAL CORP., a corporation; EVERGREEN INTERNATIONAL INC., a corporation; EVERGREEN LINE, an entity of unknown form; BENZ TRANSPORTATION INC., a corporation; and DOES ONE through FIFTEEN, | [FRCP 41(a)(2)] |
| Defendants. | |

24   Pursuant to Federal Rule of Civil Procedure 41(a)(2), the parties hereby stipulate and
25 request the following:
26   Pursuant to settlement, this action is hereby dismissed with prejudice, provided however
27 that if, within 120 days of the entry of this order, plaintiff files notice, supported by declaration,
28 that the consideration in the settlement agreement has not been paid by BENZ

1  TRANSPORTATION INC., the dismissal as to BENZ TRANSPORTATION INC. only shall be
2  vacated and the action shall be restored to the active docket.

4  Dated: March 13, 2012                    GIBSON ROBB & LINDH LLP

6                                            /s/ JOSHUA E. KIRSCH
                                             Joshua E. Kirsch
                                             Attorney for Plaintiff
7                                            VALLEY ORCHIDS, INC.

8  Dated: March 13, 2012                    LAW OFFICES OF GARY A. ANGEL

9                                            /s/ GARY A. ANGEL
                                             Gary A. Angel , Esq.
10                                           Attorney for Third Party Defendant
                                             PORTS AMERICA, INC.

12 Dated: March 13, 2012                    COGSWELL NAKAZAWA & CHANG, LLP

13                                           /s/ ALAN NAKAZAWA
                                             Alan Nakazawa, Esq.
14                                           Attorney for Defendants, Cross-Claimants and
                                             Third Party Plaintiffs
15                                           EVERGREEN SHIPPING AGENCY (AMERICA)
                                             CORPORATION, EVERGREEN
16                                           INTERNATIONAL CORP. AND EVERGREEN
                                             MARINE (UK) LIMITED, SUED HEREIN AND
17                                           DOING BUSINESS AS "EVERGREEN LINE"

18 Dated: March 13, 2012                    LAW OFFICES OF JOHN M. DALEY

19                                           /s/ JOHN M. DALEY
                                             John M. Daley, Esq.
20                                           Attorney for Defendant and Cross-Defendant
                                             BENZ TRANSPORTATION INC.

22      Joshua E. Kirsch attests that concurrence in the filing of this document has been obtained
23 from each of the other signatories identified herein.

25      IT IS SO ORDERED.                   Dated: _3/14/12

27                                          _____
                                            UNITED STATES DISTRICT JUDGE